# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Debra Love,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:16–cv–490

Judge Michael H. Watson
Magistrate Judge Kemp

## ORDER

This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying Plaintiff's application for disability benefits. On March 22, 2017, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded for further proceedings. Report and Recommendation ("R&R"), ECF No. 16. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

The R&R, ECF No. 16, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) and this action is **REMANDED** for further consideration of the opinions of Dr. Swedberg, the consultative examiner.

**IT IS SO ORDERED.**

                                      /s/ Michael H. Watson
                                      **MICHAEL H. WATSON, JUDGE**
                                      **UNITED STATES DISTRICT COURT**